UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GENE W. MORRIS,<br>(Social Security No. XXX-XX-0198), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:06-cv-193-RLY-TAB |
| | ) | |
| MICHAEL J. ASTRUE, COMMISSIONER<br>OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT ENTRY**


For the reasons outlined in the Memorandum Decision and Order entered on this date,

the final decision of the Commissioner is **AFFIRMED,** and this case is **DISMISSED.**


**Entered:** March 20, 2007.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

-2-

Electronic copies to:

Charles D. Hankey
charleshankey@hankeylawoffice.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov